### EX PARTE MARY HOPKINS.

No. 3656.    Decided June 23, 1915.

**Murder—Habeas Corpus—Bail.**

Where, upon appeal from a writ of habeas corpus denying bail, the evidence justified bail, the same will be granted.

Appeal from the District Court of Bexar. Tried below before the Hon. W. S. Anderson.

The opinion states the case.

*A. B. Cowan, Edward Dwyer,* and *Edward Dwyer, Jr.,* for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

PRENDERGAST, Presiding Judge.—Appellant was indicted for murder. She sued out before the district judge a writ of habeas corpus, seeking bail. The court below heard the evidence and refused bail, from which she appealed.

We have carefully read the evidence in this case. The Assistant Attorney General concedes that it is a bailable case and in this opinion we concur. As is usual we do not discuss the testimony. The judgment denying bail is reversed and appellant is allowed bail in the sum of $5000. Upon her entering into the proper bond as provided by law, the officer having custody of her will release her.

*Bail granted.*